FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE ROLANDO SEGURA-GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>J. TIM OCHOA,<br><br>    Respondent. | Case No. EDCV 12-01475 GW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the First Amended Petition is dismissed with prejudice.

Dated: May 7, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY